IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA, ET AL., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R.C. KAISER PLUMBING, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-1375 |

**ORDER OF COURT**

AND NOW, to wit, this ___13th___ day of ___Feb___, 2006, it is hereby

ORDERED that the above-referenced case is DISCONTINUED.

/s/ 
United States District Court

LIT:384674-1 000004-010359